AO 442 (Rev. 11/11) Arrest Warrant

9578016

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| DARREN WAI KIT PHUA | ) Case No. 2:14-mj-466-CWH |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DARREN WAI KIT PHUA, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1084(a) - Transmission of Wagering Information
18 U.S.C. § 1955 - Operating an Illegal Gambling Business
18 U.S.C. § 2 - Aiding and Abetting

FILED ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 15 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Date: 14 July 2014

_____
*Issuing officer's signature*

City and state: Las Vegas, Nevada

Carl W. Hoffman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/14/14, and the person was arrested on *(date)* 7/14/14 at *(city and state)* LAS VEGAS, NV.

Date: 7/15/14

ICE
_____
*Arresting officer's signature*

_____
*Printed name and title*